UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lamont Mikell

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Acrobat Outsourcing Hospitality
Amber Dillion, Debbie McKee Josephine Park
Stacy Branch Director

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2017 APR -3 PM 2:06
S.D. OF N.Y.

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
*(check one)*

**17CV 2386**

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

___ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

✓ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                                    1

Rev. 05/2010

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Lamont Mikell
Street Address  170-12 130th Ave Apt 2G
County, City  Jamaica
State & Zip Code  N.Y.  11434
Telephone Number  (718)

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  Name Amber Dillion, Debbie McKee, Josephine Pink, Stacy Regional Branch Manager
Street Address  165 Main Street
County, City  Woodbridge
State & Zip Code  N.J.  07095
Telephone Number  (732) 993-7235

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer ____
Street Address ____
County, City ____
State & Zip Code ____
Telephone Number ____

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

  ____  Failure to hire me.
  ✓     Termination of my employment.
  ____  Failure to promote me.
  ____  Failure to accommodate my disability.
  ____  Unequal terms and conditions of my employment.

Rev. 05/2010                        2

   _____ Retaliation.

   _____ Other acts *(specify)*: _____.

  Note: *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B. It is my best recollection that the alleged discriminatory acts occurred on: **06-13-2016**.
                                    *Date(s)*

C. I believe that defendant(s) *(check one)*:

   _____ is still committing these acts against me.

    ✓ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

  ☐ race _____  ☐ color _____

  ☐ gender/sex _____  ☑ religion **Faith Baptist Christian**

  ☐ national origin _____

  ☐ age. My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

  ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:
  **See Attached Sheet**
_____
_____
_____

  Note: *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: **November 3, 2016** _____ (Date).

Rev. 05/2010            3

I am a Baptist Faith Christian, A Man of God I am a Hard Working Person. Acrobat Outsourcing Hospitality Corporation is a Contracting Temp Agency That Requires 2 Booking Recruiters By the Name of Debbie McKee-Senior Operations Manager And Josephine Paik-Operations Assistant Manager. These are 2 Recruiters that Booked Me for Bartending & Waitry at their Events. I was Requested By a Client Regularly By Bridgewater Hilton Inn I was Booked for a Event for 6/13/2016 I Confirmed And Unfortunately I Lost My Immediate Family Member having Aunt on 6/12/2016 5:42AM Sunday Morning. I Immediatly Called Acrobat Outsourcing Hospitality to Tell them I have to Cancel My Event for 6/13/2016 Due to the Death of My Aunt & My Mom was in full Pain, Almost Had a Heart Attack I Sent E-mails & Touched Base with the Employer & I was Told Yea! Yea! We Heard this Before as Excuses from other Applicants of this Company. As a Faith Baptist Christian My Religion Propels Me to Attend Funerals of Another Christian Also to Preech & Mourn the Angel that Left us Behind. I was Told By Acrobat Outsourcing Hospitality I was Fired for Attending My Aunts Funeral & Also they the Agency Don't get paid when a Applicant Don't Show up. I was Told By Amber Dillion Director of Human Resources How I was Talking & Sounding is Why they Also Fired Me. I was in Pain Suffering the Lost of My Aunt Eyewitness, My Mother Going thru Pain, til this Day, I Attended My Aunt's Funeral was Apart of Picking out the Casket Also Preech & Spoke at My Aunt's Funeral Went to the Grave for Buriel As a Faith Baptist Christian We Do the Ashes to Ashes & Dust to Dust to Another Christian Which was My Aunt

B.   The Equal Employment Opportunity Commission *(check one)*:

_____   has not issued a Notice of Right to Sue letter.
___✓_____   issued a Notice of Right to Sue letter, which I received on  1 / 12 / 2017  *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____   60 days or more have elapsed.
_____   less than 60 days have elapsed.

## IV.   Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: BACK PAy The DAmAges AspectS. INjuNctive FoR Reinstatement, 218.11 FoR 10 weeks was EArNed PeR week I Been Out of WoRk FoR 43 weeks Look foR CompAnsation of 9,374.00 IN DAmAges

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 3 day of April, 2017.

Signature of Plaintiff    Lamont Mikell
Address                   170-12 130th AVE Apt 2G
                          JAmAciA N.Y. 11434

Telephone Number          (718) 598-2762
Fax Number *(if you have one)*

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lamont Mikell<br>170-12 130th Avenue<br>Apt 2-G<br>Jamaica, NY 11434 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2017-00324 | Sarina L. Shaver,<br>Investigator | (212) 336-3776 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____  1/12/17
Kevin J. Berry,  (Date Mailed)
District Director

Enclosures(s)

cc: Amber Dillon
Director of Human Resources
ACROBAT OUTSOURCING HOSPITALITY
CORPORATION
165 Main Street
Woodbridge, NJ 07095

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office – INTAKE
### 33 Whitehall Street, 5th Floor
### New York, NY 10004

This agency enforces the laws against discrimination in employment based on **race, color, religion, national origin, age, sex, disability, or genetic information.** The event you are complaining about must have occurred **within a maximum of 300 days** of the filing of a charge. Our jurisdiction covers public and private employers with **15 or more employees (20 or more employees for age complaints),** labor unions, and employment agencies located in New York State south of Albany. If you work for the **Federal Government,** you must first contact your agency's Equal Employment Office in order to file a complaint.

To better serve your interest and avoid delays in processing your complaint, please answer the following questions:

NAME: Lamont Mikell

TEL. NO. WHERE WE CAN CONTACT YOU: _____

A. What was the Latest or Most Recent Date of discrimination which you are alleging?
08/13/2016

B. Does your employer have fewer than 15 employees (20 for age complaints)?
Yes ✓   No ___   How many employees? 35

C. Have you filed a complaint with another agency (such as the New York State Division of Human Rights or the New York City Commission on Human Rights?
Yes ___   No ✓

If Yes, Name of agency and date of filing:
_____

[Stamp: EQUAL EMPLOYMENT OPPORTUNITY COMMISSION NEW YORK DISTRICT OFFICE  NOV 3 2016  DATE RECEIVED]

D. Do you work for a Federal Government Agency (Such as the U.S. Postal Service?
Yes ___   No ✓

***IF YOU ANSWERED YES TO ANY OF THE ABOVE QUESTIONS, PLEASE SEE THE RECEPTIONIST, AS THE EEOC MAY NOT HAVE JURISDICTION OVER YOUR CLAIMS

If you answered NO to the above questions, please fill out the questionnaire and return it the receptionist, who will give you further instructions about our procedures.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**
Last Name: Mikell    First Name: Lamont    MI: ___
Street or Mailing Address: 170-12 130th Ave    Apt or Unit #: 2G
City: Jamaica    County: ___    State: NY    Zip: 11434
Phone Numbers: Home: (___) ___    Work: (___) ___
Cell: (718) 598-2762    Email Address: ___
Date of Birth: 02-11-1970    Sex: ☒ Male ☐ Female    Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.    i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?    Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? ___

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**
Name: ___    Relationship: ___
Address: ___    City: ___    State: ___    Zip Code: ___
Home Phone: (___) ___    Other Phone: (___) ___

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☐ Employer    ☐ Union    ☒ Employment Agency    ☒ Other (Please Specify) Due to Aunts Death

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ___ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets**
Organization Name: Acrobat Outsourcing Hospitality Corporation
Address: 165 Main Street    County: ___
City: Woodbridge    State: NJ    Zip: 07095    Phone: (732) 993-7235
Type of Business: Outsource Agency    Job Location if different from Org. Address: ___
Human Resources Director or Owner Name: Amber Dillon, Stacy Regi___    Phone: (415) L___

Number of Employees in the Organization at All Locations: Please Check (✓) One
☒ Fewer Than 15    ☐ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No
Date Hired: ___    Job Title At Hire: Bartender, Waiter Server
Pay Rate When Hired: 1300. HR    Last or Current Pay Rate: 13.00 HR
Job Title at Time of Alleged Discrimination: Due to Aunts Death    Date Quit/Discharged: 6-3-2016
Name and Title of Immediate Supervisor: Debbie McKee - Senior Operations Manager
Josephine Paik - Operations Assistant Manager
Stacy - Regional Manager
Branch Director

1

If Job Applicant, Date You Applied for Job 2/20/16    Job Title Applied For Bartender/Waiter

4. **What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☑ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved:  i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. **What happened to you that you believe was discriminatory?**  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 6-13-2016    Action: Called Out on Assignment Due to Death in the Family Was Terminated Due Attending Funeral & Was told I was Stalling & Lieing

Name and Title of Person(s) Responsible: Amber Dillion-HR, Debbie McKey, Josephine Park

B. Date: 6-12    Action: Told Me Employees Always Lie & I used this As A Excuse I was Told I Choose My Aunt Funeral over Assignment & the Company Did get pd

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed. Because I Am A Contracted Employee & I Saddened For My Mom & Going Thru A Difficult Time & Was Terminated

7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?
_____
_____

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?
    Full Name        Race, sex, age, national origin, religion or disability        Job Title        Description of Treatment

A._____

_____

B._____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?
    Full Name        Race, sex, age, national origin, religion or disability        Job Title        Description of Treatment

A._____

_____

B._____

_____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
    ☐ Yes, I have a disability
    ☒ I do not have a disability now but I did have one
    ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____
_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes ☒ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____
_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    ☐ Yes ☒ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)
_____
Describe the changes or assistance that you asked for: _____
_____

How did your employer respond to your request? _____
_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

    Full Name    Job Title    Address & Phone Number    What do you believe this person will tell us?

A._____

_____

B._____

_____

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____

_____

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ___ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** _✓_ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____     11/3/2016
Signature                    Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 USC § 2000e-5(b), 29 USC § 211, 29 USC § 626, 42 USC §12117(a), 42 USC §2000ff-6.
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009